FILED

June 02, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003536163

Law Offices of
SIDNEY L. ALEGRE #188172
1103 Holly Drive
Tracy, CA 95376
Telephone: (209) 830-2939

Attorney for Debtors
Robert Anthony Cid and Randy Denise Cid

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>ROBERT ANTHONY CID and RANDY DENISE CID,<br><br>        Debtors. | Bankruptcy Case No. 11-31692<br><br>DCN- SLA-1<br><br>MOTION FOR TRUSTEE TO ABANDON BUSINESS ASSETS<br><br>Date: **July 6, 2011**<br>Time: **10:00 am**<br>Place: **501 "I" Street, Courtroom 34 Sacramento, CA** |

Debtors hereby request an order for the trustee to abandon the business assets of Debtors, known as RC's Water, for the reasons set forth in the Declaration of Debtors, filed concurrently herewith.

Dated: June 2, 2011

/s/ Sidney L. Alegre
Sidney L. Alegre, Attorney for Debtors
Robert Anthony Cid and Randy Denise Cid